# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-32297 |
| | § | |
| LONNIE H CHAMBERS, Jr. | § | |
| ELIZABETH A. CHAMBERS | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2014. The undersigned trustee was appointed on 09/03/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,191.04

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $115.46 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $1,842.71 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $5,232.87 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/14/2015 and the deadline for filing government claims was 07/14/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,284.83. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,284.83, for a total compensation of $1,284.83[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $125.44, for total expenses of $125.44.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/03/2016        By:   /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 14-32297-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | **Date Filed (f) or Converted (c):** 09/03/2014 (f) |
| **For the Period Ending:** | 10/3/2016 | **§341(a) Meeting Date:** 10/21/2014 |
| | | **Claims Bar Date:** 07/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2014 Tax Refund (u) | $0.00 | $3,809.29 | | $5,652.00 | FA |
| **Asset Notes:** $1842.71 is pro-rated portion of refund, returned to Debtors. | | | | | |
| 2  525 W 129th Place, Chicago 60628 | $114,645.00 | $7,085.00 | | $0.00 | FA |
| **Asset Notes:** Not cost-effective to liquidate | | | | | |
| 3  2318 W. Marquette 60629 (8 unit apartment building) | $150,000.00 | $0.00 | | $0.00 | FA |
| 4  6827 S. Parnell, Chicago, 60621 (single family residence) | $23,000.00 | $0.00 | | $0.00 | FA |
| 5  Co-op 4850 S. Lake Park, Chicago, 60615 (Purchased in August 2010 for $6060) | $6,000.00 | $6,000.00 | | $0.00 | FA |
| **Asset Notes:** Other units in building appeared to be worth more; inquired re possible value in March 2016 and determined Debtor's interest not transferrable except at cost to Co-op Association. | | | | | |
| 6  Cash on hand Location: In debtor's possession | $100.00 | $100.00 | | $0.00 | FA |
| 7  Checking Account BMO Haris xxxxxx1595 | $1,908.48 | $408.48 | | $408.48 | FA |
| 8  Checking Account Chase xxxxxx7646 | $1,433.65 | $0.00 | | $0.00 | FA |
| 9  Savings Account Chase Bank xxxx8816 | $472.42 | $0.00 | | $0.00 | FA |
| 10  Savings Account BMO Harris xxxx2285 | $1,973.25 | $0.00 | | $0.00 | FA |
| 11  Household goods and furnishings including 14 year old LR furniture, 14 year old BR furniture, 17 year old stove, 6 year old refrigerator, 2 32" Tvs 1 year old & 6 years old, 26" tv and 2 year old Location: In debtor's possession | $2,000.00 | $0.00 | | $0.00 | FA |
| 12  Ordinary Wearing Apparel Location: In debtor's possession | $1,500.00 | $0.00 | | $0.00 | FA |
| 13  Photographic Equipment Location: In debtor's possession | $652.00 | $152.00 | | $152.00 | FA |
| 14  Retirement Account IRA Location: Held in trust by Chase Bank | $11,466.27 | $0.00 | | $0.00 | FA |
| 15  Retirement Account Location: Held in trust by Chicago Board of Education | Unknown | $0.00 | | $0.00 | FA |
| 16  2000 Ford Excursion (100,000 miles) Location: In debtor's possession | $2,270.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Date Filed (f) or Converted (c): | 09/03/2014 (f) |
| For the Period Ending: | 10/3/2016 | §341(a) Meeting Date: | 10/21/2014 |
|  |  | Claims Bar Date: | 07/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | 2007 Chevy Equinox (78,000 miles) Location: In debtor's possession | $5,472.00 | $0.00 | | $0.00 | FA |
| 18 | Checking Account Chase xxxxx4626  (u) | $1,099.24 | $978.56 | | $978.56 | FA |

**TOTALS (Excluding unknown value)**

|  | $323,992.31 | $18,533.33 | | $7,191.04 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

05/24/2016    2016 Reporting Period:
Collected cash for all non-exempt funds & Debtor's camera equipment
Trustee reviewed claims; objection to claim 8 sustained
Ready for TFR

| **Initial Projected Date Of Final Report (TFR):** | 07/15/2016 | **Current Projected Date Of Final Report (TFR):** | 09/02/2016 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1   Exhibit B

| Case No. | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/3/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2015 | | United States Treasury | Unscheduled 2014 Tax Refund | | * | $5,652.00 | | $5,652.00 |
| | {1} | | Estate Portion - Unscheduled 2014 Tax Refund | $3,809.29 | 1224-000 | | | $5,652.00 |
| | {1} | | Debtor's Portion - Unscheduled 2014 Tax Refund | $1,842.71 | 1224-002 | | | $5,652.00 |
| 04/22/2015 | 3001 | LONNIE AND ELIZABETH CHAMBERS, Jr. | Debtor's Pro-Rated Portion - Unscheduled 2014 Tax Refund | | 8100-002 | | $1,842.71 | $3,809.29 |
| 04/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.64 | $3,806.65 |
| 05/29/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.19 | $3,799.46 |
| 06/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $5.93 | $3,793.53 |
| 07/01/2015 | | Lonnie Chambers | Payment for non-exempt equity in bank accounts and two cameras | | * | $1,539.04 | | $5,332.57 |
| | {18} | | Payment for non-exempt funds in Chase Account 4626 as of Petition Date | $978.56 | 1229-000 | | | $5,332.57 |
| | {13} | | Payment for non-exempt value of Debtor's photography equipment | $152.00 | 1129-000 | | | $5,332.57 |
| | {7} | | Payment for non-exempt funds in BMO Harris Account 1595 as of Petition Date | $408.48 | 1129-000 | | | $5,332.57 |
| 07/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.19 | $5,324.38 |
| 08/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.03 | $5,316.35 |
| 09/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.30 | $5,308.05 |
| 10/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.84 | $5,299.21 |
| 11/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.99 | $5,291.22 |
| 12/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.53 | $5,282.69 |
| 01/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.52 | $5,274.17 |
| 02/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.96 | $5,266.21 |
| 03/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.49 | $5,257.72 |
| 04/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.48 | $5,249.24 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.19 | $5,241.05 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $8.18 | $5,232.87 |
| | | | SUBTOTALS | | | $7,191.04 | $1,958.17 | |

**FORM 2**
Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-32297-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2780 | **Checking Acct #:** ******9701 |
| **Co-Debtor Taxpayer ID #:** | **-***2781 | **Account Title:** |
| **For Period Beginning:** | 9/3/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/3/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $7,191.04 | $1,958.17 | $5,232.87 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $7,191.04 | $1,958.17 | |
| **Less: Payments to debtors** | $0.00 | $1,842.71 | |
| **Net** | $7,191.04 | $115.46 | |

| For the period of 9/3/2014 to 10/3/2016 | | For the entire history of the account between 04/20/2015 to 10/3/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,348.33 | Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 | Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 | Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $115.46 | Total Compensable Disbursements: | $115.46 |
| Total Non-Compensable Disbursements: | $1,842.71 | Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $1,958.17 | Total Comp/Non Comp Disbursements: | $1,958.17 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3      Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32297-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2780 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | **-***2781 | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/3/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,191.04 | $1,958.17 | $5,232.87 |

**For the period of 9/3/2014 to 10/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $115.46 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $1,958.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/03/2014 to 10/3/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,348.33 |
| Total Non-Compensable Receipts: | $1,842.71 |
| Total Comp/Non Comp Receipts: | $7,191.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $115.46 |
| Total Non-Compensable Disbursements: | $1,842.71 |
| Total Comp/Non Comp Disbursements: | $1,958.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 14-32297-JBS | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | | | | | | | Date: | 10/3/2016 |
| Claims Bar Date: | 07/14/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,588.56 | $0.00 | $0.00 | $0.00 | $1,588.56 |
| 7 | CAVALRY SPV I, LLC ASSIGNEE OF<br><br>Capital One NA<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson AZ 85712 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $578.60 | $0.00 | $0.00 | $0.00 | $578.60 |

**Claim Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CREDIT FIRST NA<br><br>Po Box 818011<br>Cleveland OH 44181 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $347.05 | $0.00 | $0.00 | $0.00 | $347.05 |
| | DAVID P. LEIBOWITZ<br><br>53 W. Jackson Blvd.<br>Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,284.83 | $0.00 | $0.00 | $0.00 | $1,284.83 |

**Claim Notes:** Claim is based on $5,458.33 of compensable disbursements

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 W. Jackson Blvd.<br>Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $125.44 | $0.00 | $0.00 | $0.00 | $125.44 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,943.03 | $0.00 | $0.00 | $0.00 | $4,943.03 |

| Case No. | 14-32297-JBS | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | | | | | | | | Date: 10/3/2016 |
| Claims Bar Date: | 07/14/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $578.79 | $0.00 | $0.00 | $0.00 | $578.79 |
| 4 | PHEAA<br><br>PO BOX 1463<br>HARRISBURG PA 17105 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $71,613.80 | $0.00 | $0.00 | $0.00 | $71,613.80 |
| **Claim Notes:** | (4-1) STUDENT LOAN | | | | | | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $86.10 | $0.00 | $0.00 | $0.00 | $86.10 |
| 8 | URBAN PARTNERSHIP BANK<br><br>c/o Kara Allen<br>30 S. Wacker Dr., #2600<br>Chicago IL 60606 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **$81,146.20** | **$0.00** | **$0.00** | **$0.00** | **$81,146.20** |

| | |
|---|---|
| **Case No.** 14-32297-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** CHAMBERS, Jr., LONNIE H AND CHAMBERS, ELIZABETH A. | **Date:** 10/3/2016 |
| **Claims Bar Date:** 07/14/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $478,987.11 | $71,613.80 | $0.00 | $0.00 | $0.00 | $71,613.80 |
| Payments to Unsecured Credit Card Holders | $8,122.13 | $8,122.13 | $0.00 | $0.00 | $0.00 | $8,122.13 |
| Trustee Compensation | $1,284.83 | $1,284.83 | $0.00 | $0.00 | $0.00 | $1,284.83 |
| Trustee Expenses | $125.44 | $125.44 | $0.00 | $0.00 | $0.00 | $125.44 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-32297
Case Name:      LONNIE H CHAMBERS, Jr.
                ELIZABETH A. CHAMBERS
Trustee Name:   David P. Leibowitz

Balance on hand:    $5,232.87

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $5,232.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $1,284.83 | $0.00 | $1,284.83 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $125.44 | $0.00 | $125.44 |

Total to be paid for chapter 7 administrative expenses:    $1,410.27
Remaining balance:    $3,822.60

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $3,822.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00
Remaining balance:    $3,822.60

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $79,735.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $4,943.03 | $0.00 | $236.96 |
| 2 | Discover Bank | $578.79 | $0.00 | $27.75 |
| 3 | Quantum3 Group LLC as agent for | $86.10 | $0.00 | $4.13 |
| 4 | PHEAA | $71,613.80 | $0.00 | $3,433.22 |
| 5 | Capital One Bank (USA), N.A. | $1,588.56 | $0.00 | $76.16 |
| 6 | Credit First NA | $347.05 | $0.00 | $16.64 |
| 7 | Cavalry SPV I, LLC Assignee of | $578.60 | $0.00 | $27.74 |

Total to be paid to timely general unsecured claims:     $3,822.60
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00

**UST Form 101-7-TFR (5/1/2011)**

Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)