## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LONNIE H CHAMBERS, Jr. and | ) | Bankruptcy No. 14 B 32297 |
| ELIZABETH A. CHAMBERS, | ) | |
| | ) | |
| Debtors. | ) | Honorable Jack B. Schmetterer |

### CERTIFICATE OF SERVICE

      The undersigned certifies that on October 18, 2016, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: October 18, 2016        /s/ *Rachel A. Leibowitz*
                                                                                   Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1610
Chicago, Illinois 60604

**SERVICE LIST**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Quantum3 Group LLC
as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
by American InfoSource LP
as Agent
PO Box 71083
Charlotte, NC 28272-1083

PHEAA
PO Box 8147
Harrisburg PA 17105

Credit First NA
Po Box 818011
Cleveland, OH 44181

Cavalry SPV I, LLC Assignee of
Capital One NA
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Lonnie & Elizabeth Chambers
525 W. 129th Place
Chicago, IL 60628-7417

Patrick S Layng
Office of the U.S. Trustee
Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604-2027 *

Mark D. Weisman
53 W. Jackson Blvd.
Suite 733
Chicago, IL 60604-3462 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *